**DISMISS and Opinion Filed December 14, 2022**



In The

**Court of Appeals**

**Fifth District of Texas at Dallas**

_____

**No. 05-22-00815-CV**

_____

**ANTHONY P. ARMSTRONG, Appellant**

**V.**

**BAYVILLE HOLDINGS, LLC, MATTHEW E. LAST, SBN. 24054910 INDIVIDUALLY AND DBA COBB MARTINEZ WOODWARD, PLLC, Appellees**

**On Appeal from the County Court at Law No. 4**
**Dallas County, Texas**
**Trial Court Cause No. CC-22-04461-D**

## MEMORANDUM OPINION

Before Chief Justice Burns, Justice Pedersen, III, and Justice Goldstein
Opinion by Chief Justice Burns

It is well-settled that an appeal may only be taken from a final judgment that disposes of all parties and claims or an interlocutory order as authorized by statute. *See Jack B. Anglin Co., Inc. v. Tipps*, 842 S.W.2d 266, 272 (Tex. 1992). Because the appealed order here–an interlocutory order denying appellant's emergency application for a temporary restraining order–is not an order authorized by statute to be appealed, we questioned our jurisdiction over the appeal and directed appellant to file a letter brief addressing our concern. *See Nikolouzos v. St. Luke's Episcopal Hosp.*, 162 S.W.3d 678, 680 (Tex. App.—Houston [14th Dist.] 2005, no pet.).

Although we cautioned appellant that failure to comply within ten days could result in dismissal of the appeal without further notice, *see* TEX. R. APP. P. 42.3(a),(c), more than ten days have passed and appellant has not complied. Accordingly, on the record before us, we dismiss the appeal. *See id.* 42.3(a); *Nikolouzos*, 162 S.W.3d at 680.

/Robert D. Burns, III/

ROBERT D. BURNS, III
CHIEF JUSTICE

220815F.P05



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

ANTHONY P. ARMSTRONG,
Appellant

No. 05-22-00815-CV     V.

BAYVILLE HOLDINGS, LLC,
MATTHEW E. LAST, SBN.
24054910 INDIVIDUALLY AND
DBA COBB MARTINEZ
WOODWARD, PLLC, Appellees

On Appeal from the County Court at
Law No. 4, Dallas County, Texas
Trial Court Cause No. CC-22-04461-
D.
Opinion delivered by Chief Justice
Burns, Justices Pedersen, III and
Goldstein participating.

In accordance with this Court's opinion of this date, we **DISMISS** the appeal.

Judgment entered December 14, 2022